IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CALVIN WILLIAMS, | : | Civil No. 3:16-cv-1259 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| CORRECT CARE SOLUTIONS, INC., et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this _8th_ day of August, 2017, upon consideration of the motion (Doc. 27) to dismiss by Defendant Khatri, and the motion (Doc. 28) to dismiss by Defendants Naji and Correct Care Solutions, Inc., and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 27) to dismiss filed on behalf of Defendant Khatri is **GRANTED**.

2. The motion (Doc. 28) to dismiss filed on behalf of Defendants Naji and Correct Care Solutions, Inc. is **GRANTED**.

3. The complaint against Defendants Khatri, Naji and Correct Care Solutions, Inc. is **DISMISSED** with prejudice.

4. Dismissal of this action is deferred pending further Order of Court.

Robert D. Mariani
United States District Judge