# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CALVIN WILLIAMS, | : | Civil No. 3:16-cv-1259 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| CORRECT CARE SOLUTIONS, INC., et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 8th day of August, 2017, upon consideration of the motion (Doc. 23) to dismiss by the Corrections Defendants, and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The Corrections Defendants' motion (Doc. 23) to dismiss is **GRANTED**.

2. The complaint against Defendants Sommers, Glunt, Younkin, Beard, and Wetzel is **DISMISSED**.

3. Dismissal of this action is deferred pending further Order of Court.

Robert D. Mariani
United States District Judge